LINK: 20

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5506 GAF (AJWx) | Date | December 5, 2013 |
|---|---|---|---|
| Title | Maier Shoch LLP et al v. Levine Medical, LLC et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**     (In Chambers)

### ORDER RE: PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

The Court is in receipt of Plaintiffs' request for judicial notice regarding the denial of Defendant Susan Levine's motion to intervene issued by the Florida state court on November 26, 2013.  (Docket No. 20 [Request for Judicial Notice].)  Although the Court agrees that this ruling is judicially noticeable, the Court concludes that it does not change the outcome of the Court's Order issued on December 2, 2013.  (See Docket No. 22 [12/2/2013 Order].)  In that Order, the Court concluded that Plaintiffs' claims for declaratory relief, conversion, and breach of fiduciary duty must be stayed pursuant to the Colorado River doctrine because those claims related to a disputed debt that was already before the Florida state court in the divorce proceedings between Plaintiff Eric Maier and Shana Levine Maier.  (Id. at 8-12.)  The Florida state court's denial of Defendant Susan Levine's motion to intervene does not change the fact that the disputed debt is listed as part of the marital estate and involves a question of state law that will be resolved during the state court proceedings.  (See id.)  Therefore, pursuant to the Court's previous Order, Plaintiffs' claims for declaratory relief, conversion, and breach of fiduciary duty are **STAYED** pending the resolution of the Florida state court proceedings.

    **IT IS SO ORDERED**.