1
2
3
4
5
6
7
8

**LINK: 27**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9
10
11
12
13
14
15
16
17

| | |
|---|---|
| Maier PC et al,<br><br>              Plaintiffs,<br><br>    v.<br><br>Levine Medical, LLC et al,<br><br>              Defendants. | **Case No. CV 13-5506 GAF (AJWx)**<br><br>ORDER GRANTING PRELIMINARY INJUNCTION |

18
19
20
21
22
23
24
25
26

      Plaintiff Maier Shoch LLP ("Plaintiff") brought this motion for a preliminary injunction against Defendants Susan Levine and Levine Medical, LLC ("Defendants"). The Court, upon consideration of the pleadings, evidence, and briefs, has made and filed its findings of fact and conclusions of law, finding and concluding that Plaintiff is likely to succeed on the merits of its claim under 15 U.S.C. § 1125(d), experience irreparable injury in the absence of injunctive relief, and that the balance of equities and the public interest favor granting a preliminary injunction. The Court therefore **GRANTS** Plaintiff's motion for a preliminary injunction.

27
28

      Now, therefore, upon the entire record, it is **ORDERED, ADJUDGED AND DECREED**, that, pending final disposition of the matters involved pending before the Court:

1. Defendants, their officers, representatives, agents, servants, employees, attorneys, and all persons acting in concert with them are enjoined from:

    (a) Selling, transferring, or otherwise disposing of the following domain names until further order of the Court:

(1) MaierShoch.biz;
(2) Maier-Shoch.biz;
(3) MaierShoch.co;
(4) Maier-Shoch.co;
(5) Maier-Shoch.com;
(6) MaierShoch.info;
(7) Maier-Shoch.info;
(8) MaierShoch.net;
(9) Maier-Shoch.net;
(10) MaierShoch.org;
(11) Maier-Shoch.org;
(12) MaierShoch.us;
(13) Maier-Shoch.us;
(14) MaierShochLaw.co;
(15) Maier-ShochLaw.co;
(16) MaierShochLaw.com;
(17) Maier-ShochLaw.com;
(18) MaierShochLaw.net;
(19) Maier-ShochLaw.net;
(20) MaierShochLawLLP.co;
(21) Maier-ShochLawLLP.co;
(22) MaierShochLawLLP.com;
(23) Maier-ShochLawLLP.com;
(24) MaierShochLawLLP.net;

(25) Maier-ShochLawLLP.net;

(26) MaierShochLLP.biz;

(27) Maier-ShochLLP.biz;

(28) MaierShochLLP.co;

(29) Maier-ShochLLP.co;

(30) MaierShochLLP.com;

(31) Maier-ShochLLP.com;

(32) MaierShochLLP.info;

(33) Maier-ShochLLP.info;

(34) MaierShochLLP.net;

(35) Maier-ShochLLP.net;

(36) MaierShochLLP.org;

(37) Maier-ShochLLP.org;

(38) MaierShochLLP.us;

(39) Maier-ShochLLP.us;

(40) MaierShochLLPLaw.co;

(41) Maier-ShochLLPLaw.co;

(42) MaierShochLLPLaw.com;

(43) Maier-ShochLLPLaw.com;

(44) MaierShochLLPLaw.net;

(45) Maier-ShochLLPLaw.net;

(46) MSLawLLP.com;

(47) MSLawLLP.net;

(48) MSLLPLaw.com; and

(49) MaierShoch.com.

2. Defendants, their officers, representatives, agents, servants, employees, attorneys, and all persons acting in concert with them are affirmatively ordered to:

      (a) Maintain Domain Name System settings, as provided by Plaintiff, that will enable Plaintiff to use the "MaierShoch.com" domain for its email system and website during the pendency of this action.

**IT IS SO ORDERED**.

DATED: January 9, 2014

_____
Judge Gary Allen Feess
United States District Court

4