1  ROBERT S. CROWDER (BAR NO. 199556)
   robert.crowder@ffslaw.com
2  THOMAS C. AIKIN (BAR NO. 241411)
   thomas.aikin@ffslaw.com
3  FREEMAN, FREEMAN & SMILEY, LLP
   1888 Century Park East, Suite 1900
4  Los Angeles, California 90067
   Telephone: (310) 255-6100
5  Facsimile: (310) 255-6200

6  JONAH M. LEVINE (FLA. BAR NO. 59180)
   jmlevine@cybermed.com
7  LEVINE MEDICAL, LLC
   505 Oakfield Drive
8  Brandon, Florida 33511
   Telephone: (813) 654-3056
9  Facsimile: (954) 252-3844
   Admitted *Pro Hac Vice*

10

11 Attorneys for Defendants
   LEVINE MEDICAL, LLC and
   SUSAN W. LEVINE

12

JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY 28 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAIER SHOCH LLP; a California limited liability partnership,<br><br>Plaintiff,<br><br>v.<br><br>LEVINE MEDICAL, LLC, a Florida limited liability company; and SUSAN W. LEVINE, an individual,<br><br>Defendants. | Case No. CV 13-5506 GAF (AJWx)<br><br>ORDER ON<br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

/ / /

/ / /

IT IS SO ORDERED
Date: 5/28/14

_____
United States District Judge

2260312.1

STIPULATION OF DISMISSAL

1  DATED: May 28, 2014                MAIER SHOCH LLP

2

3

4                                      By:      /s/ Eric R. Maier
                                              Eric R. Maier
5                                             Attorneys for Plaintiff
                                              MAIER SHOCH LLP
6

7

8

9  DATED: May 28, 2014                FREEMAN, FREEMAN & SMILEY, LLP

10

11

12                                     By:      /s/ Robert S. Crowder
                                              ROBERT S. CROWDER
13                                            THOMAS C. AIKIN
                                              Attorneys for Defendants LEVINE
14                                            MEDICAL, LLC and SUSAN W.
15                                            LEVINE

16

17

18

19

20

21

22

23

24

25

26

27

28

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

2260312.1                                   2
                                                        STIPULATION OF DISMISSAL